IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
JOCELYN LUCIANO,                    )   Civil No. 05-348-JE
                                    )
                Plaintiff,          )
                                    )   ORDER
        v.                          )
                                    )
AMERICAN GENERAL LIFE INSURANCE     )
COMPANY; and HOOPER HOLMES, INC.,   )
doing business as PORTAMEDIC,       )
                                    )
                Defendants.         )
_____)
```

JELDERKS, Magistrate Judge:

    At the conclusion of a hearing held on December 27, 2005, plaintiff's motion for leave to file a first amended complaint was granted in part, denied in part, and reserved as to the proposed allegation that plaintiff's injury resulted from defendants' "failure to conduct quality assurance protocols

ORDER - 1

for patient safety." That decision was reflected in a record of proceedings filed the same day (#54).

Based upon further review, the portion of plaintiff's motion to amend (#30-1) which seeks to add allegations concerning defendants' failure to conduct quality assurance protocols is DENIED.

DATED this 3d day of January, 2006.

/s/ John Jelderks
John Jelderks
U.S. Magistrate Judge